USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KAY XANTHAKOS, :
:
                                Plaintiff, :
:
                  -against- :
:
CITY UNIVERSITY OF NEW YORK, JUDITH :
BERGTRAUM, ROBERT LEMIEUX, and ALI :
VEDAVARZ, :
:
                             Defendants. :
-------------------------------------------------------------- X

17-CV-9829 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed a Complaint on December 15, 2017 (Dkt. 1);

      WHEREAS Defendants filed a motion to dismiss the Complaint on March 9, 2018 (Dkt. 10);

      WHEREAS Plaintiff filed an Amended Complaint on May 7, 2018 (Dkt. 24);

      IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss the Complaint is dismissed as moot.

2. No later than **April 3, 2020** Defendants must answer or move against Plaintiff's Amended Complaint. If Defendants move to dismiss the Amended Complaint, Plaintiff's opposition is due **May 1, 2020**. Defendants' reply is due **May 15, 2020**.

3. Upon a joint request by the parties, the Court will enter a referral to Magistrate Judge Gorenstein for a settlement conference.

      The Clerk of Court is respectfully directed to close the open motion at docket entry 10.

**SO ORDERED.**

**Date: February 21, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**