USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KAY XANTHAKOS,

              Plaintiff,

      -against-                    17-CV-9829 (VEC)

CITY UNIVERSITY OF NEW YORK, JUDITH      ORDER
BERGTRAUM, ROBERT LEMIEUX, and ALI
VEDAVARZ,

             Defendants.

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference was held on February 12, 2021;

IT IS HEREBY ORDERED THAT:

1. The fact discovery deadline is **September 30, 2021**. The expert discovery deadline is **November 1, 2021**. A pretrial conference will be held on **October 1, 2021 at 10:00 a.m.** The parties must submit a joint update on the status of discovery on the fifteenth of every month, beginning **April 15, 2021**.

2. A case management plan will be entered separately

3. A referral to the Magistrate Judge for a settlement conference will be entered separately.

**SO ORDERED.**

Date: February 12, 2021
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**